In The


Court of Appeals


Sixth Appellate District of Texas at Texarkana



______________________________



No. 06-03-00128-CR


______________________________




NICKLOS GEORGE, Appellant



V.



THE STATE OF TEXAS, Appellee




 


On Appeal from the 71st Judicial District Court


Harrison County, Texas


Trial Court No. 2002-0940




 




Before Morriss, C.J., Ross and Carter, JJ.


Memorandum Opinion by Chief Justice Morriss



MEMORANDUM OPINION


 Nicklos George filed his notice of appeal on June 3, 2003. George and his counsel have now
filed with this Court a signed motion to dismiss the appeal. Rule 42.2 of the Texas Rules of
Appellate Procedure allows a party to voluntarily dismiss its appeal by filing a written withdrawal
with the appellate court. Tex. R. App. P. 42.2(a). If the movant is the appellant, the appellant must
personally sign the written withdrawal. Id.

 The motion meets the requirements for voluntary dismissal. Accordingly, we grant George's
motion and dismiss the appeal.


 Josh R. Morriss, III

 Chief Justice


Date Submitted: July 28, 2003

Date Decided: July 29, 2003


Do Not Publish



peal from the 71st Judicial District Court
Harrison County, Texas
Trial Court No. 05-0326X


                                                 



Before Morriss, C.J., Ross and Carter, JJ.
Memorandum Opinion by Chief Justice Morriss







MEMORANDUM OPINION

            Michael Clarence Tims, appellant, has filed with this Court a motion to dismiss his appeal. 
The motion is signed by himself and his counsel in compliance with Tex. R. App. P. 42.2(a). As
authorized by Rule 42.2, we grant the motion. See Tex. R. App. P. 42.2.
            Accordingly, we dismiss the appeal.
 
 
                                                                        Josh R. Morriss, III
                                                                        Chief Justice

Date Submitted:          April 10, 2006 
Date Decided:             April 11, 2006

Do Not Publish